United States Bankruptcy Court

Northern District of Ohio

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 26-10106-jps

Novella P. Todoroff　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0647-1 | User: nbrow | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol　　　Definition**

+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 28406779 | + Email/Text: bankruptcy@flagshipcredit.com | Apr 30 2026 21:20:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026　　　　　　　Signature:　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lauren A. Helbling | ch13trustee@ch13cleve.com  trusteeohnb35@ecf.epiqsystems.com |
| Lauren A. Helbling 13cleve18 | on behalf of Trustee Lauren A. Helbling ch13trustee@ch13cleve.com  lhelbling13@ecf.epiqsystems.com |
| Tiffani L. Rosia | on behalf of Debtor Novella P. Todoroff trosia@ohiolegalclinic.com mresar@ohiolegalclinic.com;rauserecfmail@gmail.com;rauserandassociates@gmail.com;rauser@bestclientinc.com;rauserlaw@gmail.com;rausermail@ohiolegalclinic.com;nkrenisky@ohiolegalclinic.com;rauser@iamthewolf.com;bauter |

TOTAL: 3

# United States Bankruptcy Court

Northern District of Ohio
Case No. 26-10106-jps
Chapter 13

In re: Debtor(s) (including Name and Address)

Novella P. Todoroff
5397 East 129th St.
Garfield Heights OH 44125

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/30/2026.

Name and Address of Alleged Transferor(s):

Claim No. 1: Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019

Name and Address of Transferee:

Westlake Portfolio Management
4751 Wilshire Blvd., Suite 100
Los Angeles, CA 90010

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/02/26

Josiah C. Sell
**CLERK OF THE COURT**